**94–33.** In re Adoption of Deems. *Crawford County,* No. 3–93–12. Reported at 69 Ohio St.3d 1404, 629 N.E.2d 1367. On motion for rehearing. Rehearing denied.

DOUGLAS and PFEIFER, JJ., dissent.

**94–363.** Logsdon v. Nichols. *Franklin County,* No. 93AP–1025. Reported at 69 Ohio St.3d 1408, 629 N.E.2d 1369. On motion for rehearing. Rehearing granted and motion to certify allowed.

MOYER, C.J., and A.W. SWEENEY, J., dissent.

## DISCIPLINARY DOCKET

**92–1704.** Cincinnati Bar Assn. v. Shabazz. *Sua sponte,* the second year of Donald A. Shabazz's suspension will not be stayed and he will not be placed on probation until case No. 94–553, *Cincinnati Bar Assn. v. Shabazz,* is disposed of and the Continuing Legal Education sanction is paid.

PFEIFER, J., dissents.